THIS OPINION
 HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN
 ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 Jonathan David
 Green, Appellant,
 v.
 Ray Nash, Dorchester County Sherriff, Respondent
 
 
 

Appeal From Dorchester County
 Patrick R. Watts, Master-In-Equity
Unpublished Opinion No. 2009-UP-069
Submitted February 2, 2009  Filed
 February 9, 2009   
AFFIRMED

 
 
 
 Darryl D. Smalls, of Columbia, for Appellant.
 John G. Frampton, of Columbia, for Respondent.
 
 
 

PER CURIAM: Jonathan
 David Green appeals the master-in-equity's dismissal of his suit against Ray
 Nash, the Dorchester County Sherriff.  Green argues section 23-3-430(A) of the
 South Carolina Code requiring him to register as a sex offender violates his
 right to equal protection and due process.  We affirm[1] pursuant to Rule 220(b), SCACR, and the following authorities:  Hendrix v. Taylor, 353 S.C. 542, 551-52, 579 S.E.2d 320, 324-25 (2003) (finding
 registration as a sex offender did not violate offender's equal protection or
 due process rights); In re Ronnie A.,
 355 S.C. 407, 410, 585 S.E.2d 311, 312 (2003) (noting lack of authority for
 finding a juvenile's reputation is a protected liberty interest); S.C. Code
 Ann. § 23-3-430(A) (2007) (requiring individuals who have pled nolo contendere
 to a sex offense in another state to register as sex offender in South
 Carolina); Sanders v. Wal-Mart Stores, Inc., 379 S.C. 554, 562, 666
 S.E.2d 297, 301 (Ct. App. 2008) (finding error did not warrant reversal
 because it was not prejudicial).  
AFFIRMED.
Huff, Williams,
 and Konduros, JJ., concur. 

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.